IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHERINE LUNA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 14-cv-412-KEW |
| | ) |
| AMERICAN NATIONAL PROPERTY | ) |
| AND CASUALTY COMPANY, | ) |
| a foreign insurance company, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Katherine Luna and American National Property and Casualty Company, jointly stipulate to the Dismissal With Prejudice of all claims in this action.

Respectfully Submitted,

**CATHCART & DOOLEY**

s/Virginia Cathcart Holleman
Virginia Cathcart Holleman, OBA #15422
W.R. Cathcart, OBA #1566
2807 Classen Boulevard
Oklahoma City, Oklahoma 73106
Phone: 405/524-1110
Fax: 405/524-4143
vholleman@cathcartdooley.com
bcathcart@cathcartdooley.com

and

/s/ Rusty Smith
(signed by filing attorney with permission of counsel)
Rusty Smith, OBA #19575
Brennan, Smith & Cherbini, PLLC
Post Office Box 1067
Cherokee, Oklahoma 74402-1067
Phone: 918-687-4400
Fax: 918-684-4430
Attorney for Plaintiff, Katherine Luna

## Certificate of Service

I hereby certify that on June 3, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Rusty Smith, OBA #19575
Brennan, Smith & Cherbini, PLLC
Post Office Box 1067
Cherokee, Oklahoma 74402-1067
Phone: 918-687-4400
Fax: 918-684-4430

s/ Virginia Cathcart Holleman
Virginia Cathcart Holleman